PS 42
(Rev 7/93)

# United States District Court

## Western District of Tennessee

FILED
2005 NOV 22  AM 11: 30

**United States of America**     )
                                 )
           vs                    )
                                 )
                                 )        Case No. 05cr20030-03 -ML
Donald Crowder

### CONSENT TO MODIFY CONDITIONS OF RELEASE

I, Donald Crowder, have discussed with Kevin Fales, Pretrial Services Officer Assistant, through Carla Tramonte, Pretrial Services Officer for the Northern District of Illinois, modification of my release conditions as follows:

1) Participate in mental health counseling if deemed advisable by Pretrial Services.

I consent to this modification of my release conditions and agree to abide by this modification.

_____  11-14-05    K. Fales _____  11/16/05
Signature of Defendant      Date      Pretrial Services/Probation Officer   Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____  11/17/05
Signature of Defense Counsel   Date

[X] The above modification of conditions of release is ordered, to be effective on  11/22/05

[ ] The above modification of conditions of release is <u>not</u> ordered.

_Diane K. Vescovo_  11/22/05
Signature of Judicial Officer   Date

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  11-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 129 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on November 22, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Honorable Jon McCalla
US DISTRICT COURT