IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -6 PM 3:23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    PLAINTIFF,

VS.

CR. NO. 2:05CR20030

DONALD CROWDER,

    DEFENDANT.

### ORDER GRANTING MOTION TO CONTINUE OF SENTENCING HEARING

IT APPEARING TO THIS COURT THAT upon the filed motion of the Defendant, Donald Crowder, and upon the entire record in this matter, that the motion to continue the sentencing hearing set for December 7, 2005 at 9:00 a.m. is well taken and should be continued. Sentencing is RESET to _Friday_, the _3rd_ day of _February_, 200_6_ at _9:00_ a.m./p.m.

UNITED STATES DISTRICT COURT JUDGE

DATE: 12/6/05

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _12-6-05_

140

TOTAL P.004

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 140 in case 2:05-CR-20030 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Lawrence W. Kern
KERN LAW FIRM
5118 Park Avenue
Ste. 600
Memphis, TN 38117--571

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT